JONATHAN DAVIS C-56630

MULE CREEK STATE PRISON

PO BOX 409060

IONE, CA 95640



FILED

SEP 06 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN DAVIS
    plaintiff,

v.

K. KELLY, et al
    Defendants.

NO. 2:22-CV-0773 DB P

FIRST AMENDED COMPLAINT

PLAINTIFF: Jonathan Davis alleges as follow:

## 1. INTRODUCTION

This is a civil rights complaint for declaratory relief and monetary damages brought over the use of unreasonable unecessary and deliberate indifference to medical needs in violation of plaintiff Jonathan Davis civil rights while he was incarcerated at the California state prison at mule creek state prison.

Defendants: (1) Dr. KANWAR KELLEY, surgen at mule creek state prison contracted by the state. (2) Dr. Maria Ashe, Chief medical physician at mule creek state prison contracted by the state. (3) The San Joaquin medical Hospital also contracted by the state.

## II. JURISDITION AND VENUE

1. This is a civil rights action under 42U.S.C.§1983 to redress the deprivation under color of state law of rights, privileges and immunities guaranteed by the Eighth Amendment of the United States Constitution. This court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1343.

2. This court has jurisdiction over plaintiffs action for declaratory relief pursuant to Federal Rules of civil procedure.

3. Venue is proper in the Eastern District of California

## III. PARTIES

4. Plaintiff Jonathan DAvis is now incarcerated But was at all times relevant to this action a convicted inmate incarcerated in the California Department of Corrections California state prison Mule Creek State Prison.

5. Defendant Dr. Kanwar Keley was at all relevant times the Surgen contracted by the state of california for mule creek state prison and is sued herein in his individual capacity. Dr. Keley was responsible for the surgery.

6. Defendant Dr.Marianna Ashe was at all relevant times the Chief Medical physician contracted by the state of california at Mule Creek State Prison. Dr. Ashe was responsible for the supervision,disciplining,and providing necessary training for all medical staff employed at mule creek state prison.

7.At all times Defendants Dr. KELLEY,Dr. ASHE ARE OR WERE MEDICAL staff at mule creek state prison at all times relevant to this lawsuit and are sued in their individual capacities.

8. At all times mentioned herein the defendants,and each of them were employees of San Joaquin Medical Hospital contracted by the state of California for mule creek state prison.

## IV. INTRA-DISTRICT ASSIGNMENT

9. The events giving rise to this lawsuit took place in SAN JOAQUIN COUNTY and thus this case should be assighned to the EASTERN DISTRICT OF CALIFORNIA.

## V. FACTUAL ALLEGATIONS

10. On 8-17-2020 Dr. Kelley performed a surgical procedure that caused severe trama to the nasal canal of the plaintiff creating a septal perforation and Dr. Kelley never once told plaintiff of his neglegence during or after the procedure. Dr. Kelley new of

3.

the perforation for two months.

11. On 10-22-2020 Plaintiff Jonathan Davis was told of a schedule appointment with Dr. Kelley to have the septum repaired two months after the fact.

12. Dr. ASHE who is chief medical efficer and who is contracted by the state, directed the deprivation and had actual knowledge of the act complained of and agreed to these acts taken by Dr. Kelley.

13. San Joaquin Medical Hospital knew or should have known that plaintiff was suffering from a perforated septum.since the surgery took place at san joaquin hospital.

## VI. CAUSE OF ACTION
### FIRST CAUSE OF ACTION
### (42 U.S.C.§1983, 8th AMENDMENT TO U.S CONSTITUTION)
### (PLAINTIFF V. K. KELLEY)

14. The allegations contained in paragraphs 1 through 13, inclusive are hereby incorporated by reference.

15. Defendant Dr. Kelley violated plaintiffs rights to be free from cruel and unusual punishment guaranteed to the plaintiff by the Eighth Amendment of the United States Constitution by his actions of deny, delay and intentionally interfere with medical treatment of plaintiff for two months.

16. Defendants wrongful actions alleged herein are in violation of 42 U.S.C.§1983 because they have deprived plaintiff of rights, benefits and privileges secured by the United States Constitution

17. Defendant Dr. Kelley acted under color of state law.
18. Defendant Dr. Kelley knew or should have known that his conduct, attitudes and actions created an unreasonable risk of serious harm to plaintiff.
19. The actions and conduct of defendant Dr. Kelley demonstrate deliberate indifference to plaintiffs Eighth Amendment rights.

20. As a proximate result of the defendants violation of plaintiffs rights to be free from cruel and unusual punishment while he was at Mule Creek State Prison, plaintiff has suffered is suffering, and will continue to suffer irreparable harm.

21. As a direct and foreseeable result of the defendants violation of the Eighth Amendment, plaintiff has suffered, is suffering and will continue to suffer physical injuries in the form of damage to his SEPTUM.

22. Defendant Dr. Kelley acts were willful, intentional, malicious, wanton, and despicable in conscious disregard of plaintiffs rights entitling plaintiff to an award of exemplary damages.

## SECOND CAUSE OF ACTION

( 42 U.S.C. § 1983, 8th Amendment to U.S Constitution )
plaintiff V. Dr.Kelley, Dr. ASHE, and San Jeaquin medical hospital

5.

23. The allegations contained in paragraphs 1through 22,inclusive are hereby incorporated by reference.

Defendants Dr. Kelley, Chief surgen Dr. Ashe,and the San Joaquin memorial hospital violated plaintiffs right to be free from cruel and unusual punishment guaranteed to the plaintiff by the Eighth Amendment of the UNited States Constitution by their actions of deliberate indifference in delaying plaintiffs medical treatment

24. Defendants acted under color of state law.

25. Defendants knew or should have known that their conduct attitudes and actions created an unreasonable risk of serious harm to plaintiff.

26. The actions and conduct of defendants demonstrate deliberate indifference to plaintiffs Eighth Amendment rights.

27. As a direct and foreseeable result of the defendants violation of the Eighth Amendment,plaintiff has suffered,is suffering and will continue to suffer physical injuries in the form of damage to his SEPTUM.

28. Defendants acts were willful,intentional,malicious,wanton,and despicable in conscious disregard of plaintiffs rights,entitling plaintiff to an award of exemplary damages.

## PRAYER FOR RELIEF

29. Wherefore, plaintiff respectfully prays for relief as follow;

1. Issues a declaratory judgment that the defendants actions complained of herein violate plaintiffs rights under the U.S. Constitution and as otherwise alleged herein;

2. Award plaintiff monetary damages, compensatory and punitive, in an amount to be determined at trial;

3. Award plaintiff the cost of suit and reasonable attorneys fees and

4. Grant plaintiff such other and further relief as the Court deems just and proper.

Date: 8-31-22

Respectfully submitted

in pro per

x Jonathan L. Davis