JONATHAN DAVIS # C-56630

MULE CREEK STATE PRISON

P.O BOX 409060   C13-247L

IONE, CA 95640



**DEC 0 2 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JONATHAN DAVIS
    plaintiff

V.

K. KELLEY,et at.,
    Defendant

NO. 2:22-cv-0773 DBP

SECOND AMENDED

COMPLAINT.

## 1. <u>Allegations in the second Amended Complaint</u>

Plaintiff claims that (1) Dr. K. Kelley, surgeon at the Mule Creek State Prison and on August 17, 2022 performed a surgical procedure that caused sever trama to the nasal canal of the plaintiff. Dr. Kelley stated in his report "that he made a mistake because he did not have enough room to work with". At that stage of the surgery plaintiff should have been woken up and given the chance to agree or disagree with the surgery.

When you know that you dont have enough room to work with you dont force the procedure, you stop and evaluate the situation and give plaintiff a chance to decline or proceed,that choice was taken away in reckless disregard for plaintiffs health.Petitioner was never treated which caused unnecessary and wanton infliction of pain.

1.

Plaintiff was told that he will have to endure sever pain for the rest of his life. Plaintiff was not even told about the botched surgery until two hole months after the surgery was completed.

(2) Allegations in the second Amended Complaint

Dr. Marim Ashe, Chief Physician at Mule Creek State Prison petitioner claims that Dr. Ashe further exasperated the problem by conspiring with Dr. Kelley to cover up the botohed surgical procedure and as chief medical officer Dr. Ashe intentionally interfered with plaintiffs medical trearment by not providing adequate medical care.

Dr. Kelleys report to Dr. Ashe made them both aware of the botch surgery which made it medically unacceptable, his report stated "HE DID NOT HAVE ENOUGH ROOM TO WORK" Dr. Ashe denied,delayed and interfered with access to medical treatment that was unacceptable by not notifying plaintiff what had happend at the end of the surgery.

Dr. Ashe explained to plaintiff that he will never be able to breath right again and will indure pain for the rest of his life for a procedure that could have been avoided. Dr. Ashe denied the complaint plaintiff filed knowing full well about the botched surgical procedure and did nothing as the chief medical officer to ease plaintiffs pain in a timely manner the medical procedure was unacceptable in conscious disregard to plaintiffs health.

2.

(3) <u>Allegations in the second Amended Complaint</u>

Plaintiff alleges that San Joaquin General Hospital were aware
that plaintiff suffered a perforated septum at there facility
and was the moving force that caused the alleged violation to
plaintiff, "if im walking threw the hospital and slip and fall to
the ground do to the floor being wet and there are no signs up to
let people know that floor is wet the hospital is liable for any
injury plaintiff incurs.

San Joaquine General Hospital employees both of these Doctors
the hospital was the moving force behind these doctors where the
sergury took place and they both violated the hospital policy by
not notifying plaintiff of the botch surgery that took place at
that hospital in a timely manner.

3.

## JURISDICTION AND VENUE

(4)

This is a civil rights action under 42 U.S.C. §1983 to redress the deprivation under color of state law of rights, privileges and immunities guaranteed by the Eighth ;Amendment of the united States Cõnstitution. this court has jurisdiction pursuant to 28 U.S.C. §§ this court has jurisdiction over plaintiffs action for declaratory relief .

venue is proper in the Eastern District of California.

(5)

Plaintiff is incarcerated at mule creek state prison

(6)

Defendant Dr. K. Kelley Surgen at mule creek state prison

(7)

Dr. Marim Ashe Chief physician at mule creek state prison(DEFENDANT)

(8)

San Jaquine General Hospital    (DEFENDANT)

(9)

At all times mentioned herein, the Defendants,and each of them, were employees of the California Department of Corrections contracted by the state of california. Defendants are sued in there individual capacities

## PRAYER FOR RELIEF

Wherefor, plaintiff respectfully prays for relief as follows:

1. issue a declaratory judgment that the defendants actions

4.

complained of herein violate plaintiffs rights under the U.S
Constitution and as otherwise alleged herein;

2. Award plaintiff monetary damages,compensatory and punitive,in
an amount to be determined at trial;

3, Award plaintiff the cost of suit and reasonable attorneys fees
and .

4. Grant plaintiff such other and further relief as the Court deems
just and proper.

date: 11-28-22

Respectfully submitted

x Jonathan L. Davis
Plaintiff

5.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

I, _Jonathan Lynn Davis_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _Mule Creek_

_State_ Prison,

in the county of _Amador_ ,

State of California. My prison address is: _P.O. Box 409060,_

_Ione, CA 95640_ .

On _11-28-22_ ,
(DATE)

I served the attached: _Petition, Second Amended Complaint_

_# 2:22-cv-0773 DBP_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _11-28-22_          _Jonathan L. Davis_
            (DATE)                    (DECLARANT'S SIGNATURE)