UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS,<br><br>           Plaintiff,<br><br>      v.<br><br>K. KELLEY, et al.,<br><br>           Defendants. | No.  2:22-cv-0773 DB P<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Presently before the court is plaintiff's motion for extension of time to file an amended complaint.  (ECF No. 15.)  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

   2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: January 25, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/davi0773.36amc(2)