JONATHAN DAVIS # C-56630

MULE CREEK STATE PRISON

P.O BOX 409060

IONE CA, 95640

in pro per



FILED

FEB 10 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN DAVIS,
                PLAINTIFF,

V.

K.KELLEY, et al., DEFENDANTS.

NO. 2:22-cv-0773 DB P

Third Amended Complaint

## I. INTRODUCTION

This is a civil rights complaint, for declaratory relief and for monetary damages, brought over the use of unreasonable, unnecessary and excessive force in violation of the legal rights of plaintiff Jonathan Davis while he was incarcerated at the california state prison at mule creek, by Defendants Dr. K. KELLEY, who was the surgeon at the time of the incident. Dr. Ashe who was and is the chief medical officer contracted by the state of California from the San Joaquin General Hospital to service the mule creek state prison inmate population

1.

## II. JURISDICTION AND VENUE

1. This is a civil rights action under 42 U.S.C. §1983 to redress the deprivation under color of state law of rights, privileges and immunities guaranteed by the Eighth Amendment of the United State Constitution.

2. This court has jurisdiction pursuent to 42U.S.C. §1983 and the rules of court for the Eastern District of California.

3. Venue is proper in the Eastern District of California under 28 U.S.C. §1391 (b) (1) because a substantial part of the events giving rise to the claim occurred at the California State Prison at mule creek in the Eastern District of California.

## III. PARTIES

4. plaintiff Jonathan Davis is at all times incarcerated in the California Department of corrections at mule creek state prison

5. Defendant K. KELLEY at all relevent times the surgen and is herein sued in his individual capacity.

6. Defendant Dr, Ashe was the Chief medical officer who was responsible for the supervising, disciplining and providing the necessary training for all medical staff at mule creek state

prison and is being sued herein in her individual capacity.

7. The San Joaquin General Hospital at all times mentioned herein the Defendants, and each of them, were employees of the California Department of Corrections.

## IV. INTRA-District assignment

8. The events giving rise to this lawsuit took place in the county of Amador and thus this case is assighned to the Eastern District pursuant to Rules of Court of California.

## V. Factual Allegations

9. Plaintiff while housed in mule creek state prison had a surgical proceedure done on August 17, 2020 and suffered a perforated septum do to Dr. K.KELLEY Medical negligence that caused the unnecessary and wanton infliction of pain which constitutes crugl and unusual punishment prohibited by the Eighth Amendment of the U.S Constitution.

10. Dr. K. Kelley botched surgery was very serious, which has left plaintiffs condition permanent. Dr. Kelleys disregarded the excessive risk to plaintiffs health and safety. Dr. Kelley "NEW" that there was not enough room to work with but he disregarded that fact and continued to place the plaintiff in harm, he never once took measures to abate the harm that was caused, which violated

plaintiffs eighth Amendment.

11. Dr. Ashe exasperated the problem by conspiring with Dr. Kalley to cover up the surgical procedure. Dr. Ashe denied, delayed and interfered with plaintiffs access to proper medical treatment by failing to notify plaintiff in a timely manner which has caused plaintiff severe pain and harm.

12. Plaintiff put defendants on notice that he had a serious medical need by filing an administrative grievance with Dr. Ashe do to the delay in plaintiffs medical treatment his condition is now permanent.

13. Dr. Ashe could have ordered ex/rays and or a MRI for plaintiff anything that would have helped plaintiff over come the severe pain he now has to live with for the rest of his life. All because of a two month delay in plaintiffs treatment after he complained of pain that fell on deaf ears. It was two months before plaintiff was seen. The delay has irreparable harm to plaintiff who has been subjected to constant daily irrigation treatments for the rest of his life.

14. Plaintiff has never been notified by the san joaquin general hospital concerning the botched surgery only that his condition is permanent. san joaquin general hospital has a policy in place for surgeries that are botched called a M&M medical malpractice hearing. Plaintiff was never told about this policy and the hearing was in secret concerning Dr, Kelley.

4.

## VI. CAUSES OF ACTION
## FIRST CAUSE OF ACTION
### (42 U.S.C.§1983, 8th Amendment
### TO THE U.S CONSTITUTION)

15. The allegations contained in paragraphs 1 through 26, inclusive are hereby incorporated by reference.

16. Defendant Dr. KELLEY violated plaintiffs right to be free from cruel and unusual punishment guaranteed to the plaintiff by the Eighth Amendment of the united states constitution by his action of indifference, abuse, and the surgery was medically unacceptable under the circumstances.

17. Defendant Dr. Ashe violated plaintiffs Right to be free from cruel and unusual punishment guaranteed to the plaintiff by the eighth Amendment of the United States Constitution by failure to adequatly supervise Dr. Kelley and his botched surgical procedure for which she delayed and caused irreparable harm to petitioner.

18. Defendants wrongful actions alleged herein are in violation of 42U.S.C. §1983 8th amendment to the constitution.

19. Defendant Dr. Kelley acted under color of law .

20. Defendant Dr. Ashe knew or should have known that her conduct attitudes and action created an unreasonable risk of serious harm to plaintiff.

5.

21. The action and conduct of defendant san joquine General hospital demonstrate deliberate indifference to plaintiffs Eighth amendment rights.

22. As a proximate result of the defendants violation of plaintiff right to be free from cruel and unusual punishment while he was at mule creek state prison. Plaintiff has suffered is suffering and will continue to suffer irreparible harm.

23. As a direct and foreseeable results of the defendants violation of the Eighth amendment, plaintiff has suffered is suffering and will continue to suffer physical injuries in the form of his damaged septum for which he has to irrigate four to five times a day for the rest of his life.

24. As a direct and foreseeable result of the defendants violation of the Eighth amendment, plaintiff has suffered, is suffering and will continue to suffewr injuries in the form of pain, shame humiliation, degradation, emotional distress, embarrasment, and mental distress and other injuries.

25. Defendants Acts were willful intentional, malicious, wanton and despicable in conscious disregard of plaintiffs rights entitling plaintiff to an award of exemplary damages.

## PRAYER FOR RELIEF

26. Wherefore, plaintiff respectfully prays for relief as follows

1. Issue a declaratory judgment that the defendants actions complained of herein violate plaintiffs Rights under the U.S Constitution and as other wise alleged herein:

2. Award plaintiff monetary damages compensatory and punitive in an amount to be determined at trial.

3. Award plaintiff the cost of suit and reasonable attorneys fees.

4. Grant plaintiff such other and further relief as the court deems just and proper.

5. I declare under penalty of perjury that the foregoing is true and correct Executed this 3rd day of February 2023 at mule Creek state prison.

DATE: 2-6-23

RESPECTFULLY SUBMITTED

X. Jonathan L. Davis