UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS, | No. 2:22-cv-0773 DB P |
| Plaintiff, | |
| v. | ORDER |
| K. KELLEY, et al., | |
| Defendants. | |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he has received inadequate medical care in violation of his rights. Presently before the court is plaintiff's request for subpoenas. (ECF No. 24.)

  Plaintiff requests that he be issued two subpoenas "to be directed to RICHARD CASTRO, Chief Executive Officer and SHEELA KAPRE, Chief Medical Officer, who are both employees at the San Joaquin General Hospital, and who are both members of the Hospital Administration Team." (ECF No. 24 at 1.) He seeks the names of members of the Medical Malpractice Committee, "who met and conferred regarding Plaintiff's 'poor surgical outcome' of the surgery Plaintiff underwent on August 17, 2020." (Id.) Plaintiff further states that he has "made multiple requests, both written and oral, to provided [sic] with the documents mentioned, and made the same types of requests for the names of the Malpractice Review Committee's members, to no avail. Hospital employees are the ones who have informed Plaintiff that this Committee in fact

1

does exist, but these same employees refuse to provide Plaintiff with the names of the Medical Malpractice Review Committee." (Id. at 2.)

By order dated May 8, 2023, the undersigned advised plaintiff of the requirements for obtaining a subpoena and denied the request in part because the undersigned could not determine whether the allegations against the "John Doe actors at San Joaquin General Hospital" would state a cognizable claim because there was no complaint pending before the court. (ECF No. 23 at 2, 3-4.) Plaintiff has not yet submitted an amended complaint. Thus, the undersigned cannot determine whether the allegations against these unnamed individuals would state a claim. Accordingly, the request will be denied without prejudice.

IT IS HEREBY ORDERED that plaintiff's request for two subpoenas (ECF No. 24) is denied without prejudice.

Dated: July 31, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/davi0773.subp