UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. KELLEY, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0773 DB P<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that he has received inadequate medical care in violation of his rights.  By order dated October 11, 2023, the undersigned screened plaintiff's fourth amended complaint.  (ECF No. 29.)  Therein, the undersigned determined plaintiff stated a potentially cognizable deliberate indifference claim against Dr. Ashe but did not contain any additional claims.  (Id. at 7-8.)  Plaintiff was given the option to proceed immediately or to file an amended complaint.  (Id. at 7-10.)

  Plaintiff has elected to file an amended complaint.  (ECF No. 31.)  Plaintiff has had several opportunities to amend the complaint in order to state cognizable claims against the identified defendants.  (See ECF Nos. 1, 6, 11, 12, 13, 14, 17, 18, 23, 29.)  He is advised that should the fifth amended complaint fail to state a cognizable claim against previously identified claims and/or defendants, the undersigned will recommend that those claims and/or defendants be

dismissed without leave to amend.  See <u>Zucco Partnrs, LLC v. Digimarc Corp.</u>, 552 F.3d 981, 1007 (9th Cir. 2009) (internal quotation marks omitted) (A plaintiff's "repeated failure to cure deficiencies" constitutes "a strong indication that the [plaintiff] has no additional facts to plead" and "that any attempt to amend would be futile[.]").

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The amended complaint must bear the docket number assigned to this case and must be labeled "Fifth Amended Complaint."

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  November 21, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/davi0773.amd(2)