UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LYNN DAVIS, | Case No. 2:22-cv-00773-KJM-SCR |
| Plaintiff(s), | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ALTERNATIVE DISPUTE RESOLUTION** |
| vs. | |
| DR. KANWAR KELLEY, MD., | |
| Defendant(s). | |

The Court, having considered defendants motions to opt-out of referral to the Court's Post-Screening Early Alternative Dispute Resolution, orders as follows for good cause shown:

1. The court's stay of this litigation (ECF No. 49.), is lifted.

2. Defendants' motions to opt out of the Post-Screening ADR Project (ECF Nos. 51, 53) are granted.

3. Defendants shall file a responsive pleading within thirty days from the date of this order.

**IT IS SO ORDERED**

Dated: January 24, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER GRANTING DEFENDANT KANWAR KELLEY, M.D.'S MOTION TO OPT OUT OF POST-SCREENING EARLY ALTERNATIVE DISPUTE RESOLUTION